The People of the State of New York, Respondent, v. David Scharfstein,

* See App. Div. Rules, 2d Dept., Special Rule.— [REP.

Appellant.— Motion to hear the appeal on the case as proposed by defendant denied. Motion to dismiss appeal denied, on condition that defendant perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.